[**Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Miller v. Mellott*, **Slip Opinion No. 2020-Ohio-6763.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6763

MILLER ET AL., CROSS-APPELLEES, *v*. MELLOTT ET AL., CROSS-APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Miller v. Mellott*, Slip Opinion No. 2020-Ohio-6763.]**

*Cause dismissed as having been improvidently accepted.*

(No. 2019-1515—Submitted December 15, 2020—Decided December 29, 2020.)

CROSS-APPEAL from the Court of Appeals for Monroe County,

No. 18 MO 0004, 2019-Ohio-504 and 2019-Ohio-4084.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Theisen Brock, Daniel P. Corcoran, and Kristopher O. Justice, for cross-appellees, Allen B. Miller, Matilda J. Miller, Craig M. Miller, Tina E. Miller, Brenda D. Thomas, and Kevin M. Thomas.

Kincaid, Taylor & Geyer, Scott D. Eickelberger, and David J. Tarbert, for cross-appellants, Betty M. Mellott, Mary Hill, Paul Hill, Kathie Hill, Marcia J. Phelps, Debe Owens, Larry Hill (a.k.a. Lawrence Hill), Patty Hill (a.k.a. Patricia Hill), Terry Hill (a.k.a. Terrence Hill), Jody Hill, and Patricia Herndon.

Jackson Kelly, P.L.L.C., Clay K. Keller, and Andrew N. Schock, in support of cross-appellants, for amici curiae Ascent Resources-Utica, L.L.C., and Gulfport Energy Corporation.

_____